IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IVAN L. MARTIN                                                                    PLAINTIFF

v.                                       No. 3:22-cv-279-DPM

SOCIAL SECURITY
ADMINISTRATION                                                              DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 16*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  There is substantial evidence in the record supporting the Commissioner's decision and it is not based on legal error.  *Slusser v. Astrue*, 557 F.3d 923, 925 (8th Cir. 2009).  The Commissioner's decision is therefore affirmed.  Martin's complaint will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 August 2023