# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**IVAN L. MARTIN**　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　No. 3:22-cv-279-DPM

**SOCIAL SECURITY**
**ADMINISTRATION**　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Martin's complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 August 2023